Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Celeste Bacchi
Assistant Federal Public Defender
California State Bar No. 307119
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Celeste_Bacchi@fd.org

*Attorney for Petitioner Tahir A. Acosta Melendez

# United States District Court
# District of Nevada

Tahir A. Acosta Melendez,

Petitioner,

v.

John Mattos, *et al.*,

Respondents.

Case No. 2:26-cv-02204-GMN-MDC

**Stipulated Request of the Parties to Modify the Transfer Order**

Petitioner Tahir A. Acosta Melendez and Federal Respondents, by and through their undersigned counsels, hereby stipulate as follows:

1. In this Court's order appointing counsel, the Court ordered that "Respondents shall not transfer Petitioner out of this District unless the Court grants a motion or stipulation to modify this order." ECF No. 3 at 4.

2. Mr. Acosta is in federal immigration custody. His habeas litigation is fully briefed (ECF Nos. 13, 17, and 18) and his case remains pending in this Court.

3. As discussed in the Government's Answer and Mr. Acosta's Reply (ECF Nos. 17 and 18), the government filed a motion to reopen his immigration case to

vacate an improperly issued *in absentia* removal order. The Immigration Judge re-opened the case on September 2, 2026, and Mr. Acosta was ordered removed on October 12, 2026. *See* Exhibit A.

4. Mr. Acosta does not plan to appeal that removal order. Therefore, the parties respectfully request this Court modify the transfer order in this case to allow the government to transfer Mr. Acosta from Nevada solely to promptly effectuate his ordered removal.

5. Mr. Acosta respectfully reserves the right to continue litigating this case if the government fails to effectuate a prompt removal.

6. Once Mr. Acosta is safely and speedily removed, he will file a notice of voluntary dismissal of his pending habeas petition.

Respectfully submitted this 9th day of November, 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/Celeste Bacchi*
CELESTE BACCHI
Assistant Federal Public Defender
*Attorney for Petitioner*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James Sweetin*
JAMES SWEETIN
Assistant United States Attorney
*Attorney for Respondents*

**ORDER**

**IT IS HEREBY ORDERED** that the Court's Screening Order, (ECF No. 3), is modified only to allow Respondents to transfer Petitioner out of the District of Nevada to promptly effectuate his removal. Respondents may not transfer Petitioner for any other reason.

**DATED** this 9 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT